Donald J. Churnside, OSB #791876
Megan I. Livermore, OSB #054789
GAYDOS, CHURNSIDE & BALTHROP, P.C.
Attorneys at Law
440 East Broadway, Suite 300
Eugene OR  97401
Telephone:  (541) 343-8060
Facsimile:   (541) 343-1599
Email:  don@oregonlegalteam.com
Attorneys for Curtis Restaurant Equipment, Inc., Defendant

Court Box #98

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Berjac of Oregon,<br><br>                              Debtor(s). | Chapter 11<br><br>No.:  12-63884-tmr11 |
| Thomas A. Huntsberger,<br><br>                              Plaintiff,<br><br>   v.<br><br>Curtis Restaurant Equipment, Inc.<br><br>                              Defendant. | Adversary Proceeding Case No. 12-06189-tmr<br><br>ANSWER |

As and for Defendant Curtis Restaurant Equipment, Inc.'s answer to Plaintiff's complaint, Defendant admits, denies and alleges as follows:

**1.**

Defendant Curtis Restaurant Equipment, Inc. ("Defendant") admits this court has

1 - ANSWER

curtis berjac answer final.docx

1 jurisdiction, this is a core proceeding, and venue is proper.

**2.**

Defendant admits paragraph 2.

**3.**

Defendant admits paragraph 3.

**4.**

Defendant admits paragraph 4.

**5.**

Defendant admits paragraph 5.

**6.**

Defendant denies paragraph 6.

**7.**

Defendant admits it has an interest in the Redmond Property and, except as admitted, denies the remaining allegations of paragraph 7.

**8.**

Defendant admits paragraph 8.

**9.**

Defendant denies paragraph 9.

**10.**

As and for its answer to paragraph 10, Defendant incorporates by reference the prior responses to the paragraphs realleged, and incorporates such admissions and denials as if set forth in full.

**11.**

Defendant denies paragraph 11 and its subparagraphs a, b, c, and d.

///

2 - ANSWER
curtis berjac answer final.docx

**12.**

Defendant denies paragraph 12.

**13.**

As and for its answer to paragraph 13, Defendant incorporates by reference the prior responses to the paragraphs realleged, and incorporates such admissions and denials as if set forth in full.

**14.**

Defendant denies paragraph 14.

**15.**

Defendant denies paragraph 15.

\* \* \* \* \* \*

WHEREFORE, having fully responded to Plaintiff's complaint, Defendant prays for judgment of dismissal as to Plaintiff's claims for relief and for Defendant's costs and disbursements incurred herein.

DATED this 28th day of December, 2012.

GAYDOS, CHURNSIDE & BALTHROP, P.C.

By: _____*/s/ Megan I. Livermore*_____
    Donald J. Churnside, OSB #791876
    e-mail: don@oregonlegalteam.com
    Megan I. Livermore, OSB #054789
    e-mail: megan@oregonlegalteam.com

Attorneys for Curtis Restaurant Equipment, Inc.

3 - ANSWER
curtis berjac answer final.docx

GAYDOS, CHURNSIDE & BALTHROP, P.C.
Attorneys at Law
440 E. Broadway, Suite 300
Eugene, Oregon 97401
(541) 343-8060 • Fax (541) 343-1599

## CERTIFICATE OF SERVICE

Defendant Curtis Restaurant Equipment, Inc. hereby certifies that the ANSWER was served on the parties listed below by U.S. Mail or ECF, as noted, on December 28, 2012:

U.S. Mail

Plaintiff

Thomas A. Huntsberger
c/o Thomas A. Gerber and Daniel F. McNeil
Bullivant Houser Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204-2089

Debtor

Berjac of Oregon
c/o Keith Y. Boyd
724 S. Central Ave., #106
Medford, OR 97501

US Trustee

US Trustee
405 E. 8th Ave., #1100
Eugene, OR 97401-2706

GAYDOS, CHURNSIDE & BALTHROP, P.C.

Dated: December 28, 2012        By:     /s/ *Megan I. Livermore*
                                        Megan I. Livermore, OSB No. 054789
                                        Of Attorneys for Curtis Restaurant Equipment, Inc.

GAYDOS, CHURNSIDE & BALTHROP, P.C.
Attorneys at Law
440 E. Broadway, Suite 300
Eugene, Oregon 97401
(541) 343-8060 • Fax (541) 343-1599

4 - ANSWER
curtis berjac answer final.docx